DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHANDLER ALEXANDER a/k/a
KELLIS JACKSON,

Petitioner,

v.

DEPARTMENT OF HIGHWAY SAFETY
AND MOTOR VEHICLES,

Respondent.

No. 2D2023-1079
_____

May 29, 2024

Petition for Writ of Certiorari to the Circuit Court for the Thirteenth
Judicial Circuit for Hillsborough County; sitting in its appellate capacity.

Chandler Alexander a/k/a Kellis Jackson, pro se.

Kathy A. Jimenez-Morales, Chief Counsel, Driver Licenses, Office of
General Counsel, Department of Highway Safety and Motor Vehicles,
Tallahassee, for Respondent.

PER CURIAM.

 Dismissed.

NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.